AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| AMERICAN BOARD OF AESTHETIC MEDICINE, INC. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 0:24cv62052 |
| KELLSO, LLC | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kellso, LLC c/o CORPORATION SERVICE COMPANY
503 S PIERRE ST
PIERRE, SD 57501-4522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen D. Lott
Seyfarth Shaw LLP
300 S. Tryon St. #400
Charlotte, NC, 28202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 1, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Alisha Beasley-"*
Deputy Clerk
U.S. District Courts