**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-62052-CIV-SINGHAL

AMERICAN BOARD OF AESTHETIC
MEDICINE, INC.

    Plaintiff,

  v.

KELLSO, LLC, FRANK SOTO LEON and
JENNIFER TIGHE DE SOTO

    Defendants.

_____/

**JOINT MOTION TO EXTEND DEADLINE TO FILE**
**JOINT STIPULATION FOR SETTLEMENT**

The Parties hereto, Plaintiff, American Board of Aesthetic Medicine, Inc. ("Plaintiff"), and

Defendants, Kellso, LLC, Frank Soto Leon, and Jennifer Tighe De Soto ("Defendants")("Plaintiff

and Defendants, sometimes collectively, the "Parties"), by and through their respective

undersigned counsel, move this Court for entry of an Order extending the deadline for the Parties

to file a Joint Stipulation of Settlement up to and including May 8, 2026 and state as follows:

1.  On March 19, 2026, the Parties engaged in mediation before Mark E Stein, Esq.

2.  During the mediation, the Parties reached a settlement on all terms.

3.  However, the Parties require additional time to agree to and finalize the specific

language of the final settlement agreement and the proposed consent judgment and permanent

injunction, to sign the settlement agreement, and file the proposed consent final judgment and

permanent injunction with the Court for consideration.

4. For this reason, in his Mediation Report filed on March 23, 2023, Mr. Stein estimated, and the Parties agreed that they would need forty-five (45) days to complete and sign the documents and to file case closing documents with the Court (Dkt No. 50).

5. On March 23, 2023, the Court issued an Order administratively closing the case and requiring the Parties to submit a Joint Stipulation for Settlement by April 8, 2026. (Dkt. No. 51).

6. The Parties continue to work on the specific language in the settlement agreement, proposed consent judgment, and proposed permanent injunction, but need additional time to finalize these documents.

7. The Parties' settlement includes terms and conditions requiring input from counsel in the United Arab Emirates, which has been delayed in light of the current conflict.

8. The Parties therefore herewith submit and respectfully ask the Court to enter an Order extending the Parties deadline to submit a Joint Stipulation for Settlement to May 8, 2026.

**WHEREFORE**, The Parties hereby respectfully request that the Court grant the foregoing Joint Motion to Extend Deadline to File the Stipulation for Settlement to May 8, 2026, and enter the proposed Order and for such other further relief as this Court deems just and proper.

Dated: April 7, 2026 Respectfully submitted,

| | |
|---|---|
| /s/Francesca Russo | /s/Brian C. Konkel |
| Jorge Espinosa | Brian C. Konkel |
| Florida Bar No. 779032 | (admitted *pro hac vice*) |
| Jorge.Espinosa@gray-robinson.com | bkonkel@dugganbertsch.com |
| Francesca Russo | **DUGGAN BERTSCH, LLC** |
| Florida Bar No. 174912 | 303 West Madison Street, Suite 1000 |
| Francesca.russo@gray-robinson.com | Chicago, IL 60606 |
| **GRAY\|ROBINSON, P.A**. | Tel: 312-263-8600 |
| 333 S.E. 2nd Ave., Ste. 3200 | |
| Miami, FL 33131 | |
| Tel: 305-416-6880 | R. Craig Mayfield |
| Fax: 305-416-6887 | Florida Bar No. 429643 |

Robert S. Terzoli, Jr.
(admitted *pro hac vice*)
rterzoli@seyfarth.com
**SEYFARTH SHAW LLP**
975 F Street NW
Washington, DC 20004
Tel: 202-772-9725
Fax: 202-641-9226

Stephen D. Lott
Florida Bar No. 91818
slott@seyfarth.com
**SEYFARTH SHAW LLP**
300 S. Tryon Street, Suite 400
Charlotte, NC 28202
Tel: 704-925-6060
Fax: 312-460-7126

Kenneth L. Wilton
(admitted *pro hac vice*)
kwilton@seyfarth.com
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Tel: 310-277-7200
Fax: 310-201-5219

*Attorneys for Plaintiff*
AMERICAN BOARD OF AESTHETIC
MEDICINE, INC.

CMayfield@bradley.com
**Bradley Arant Boult Cummings LLP**.
1001 Water Street, Suite 1000
Tampa, FL 33602
Tel: 813-559-5525
Fax: 813-229-5946

*Attorneys for Defendants*
KELLSO, LLC, FRANK SOTO LEON, and
JENNIFER TIGHE DE SOTO