**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-62052-CIV-SINGHAL

AMERICAN BOARD OF AESTHETIC
MEDICINE, INC.

          Plaintiff,

    v.

KELLSO, LLC, FRANK SOTO LEON and
JENNIFER TIGHE DE SOTO

          Defendants.

_____/

**JOINT MOTION TO EXTEND DEADLINE TO FILE**
**JOINT STIPULATION FOR SETTLEMENT**

The Parties hereto, Plaintiff, American Board of Aesthetic Medicine, Inc. ("Plaintiff"), and Defendants, Kellso, LLC, Frank Soto Leon, and Jennifer Tighe De Soto ("Defendants"), by and through their respective undersigned counsel, move this Court for entry of an Order extending the deadline for the Parties to file a Joint Stipulation for Settlement up to and including May 29, 2026 and state as follows:

1.    On March 19, 2026, the Parties engaged in mediation before Mark E Stein, Esq.

2.    During the mediation, the Parties reached a settlement on all material terms, leaving certain specific terms of the settlement to be finalized through the documenting of the settlement.

3.    However, the Parties require additional time to agree to and finalize the specific language of the final settlement agreement and the proposed consent judgment and permanent injunction, to sign the settlement agreement, and file the proposed consent final judgment and permanent injunction with the Court for consideration.

1

325660234v.2

4.      For this reason, in his Mediation Report filed on March 23, 2026, Mr. Stein estimated and the Parties agreed that they would need forty-five (45) days to complete and sign the documents and to file case closing documents with the Court.  (Dkt No. 50.)

5.      On March 23, 2026, the Court issued an Order administratively closing the case and requiring the Parties to submit a Joint Stipulation for Settlement by April 8, 2026. (Dkt. No. 51.)

6.      On April 7, 2026, the Parties filed a Joint Motion to Extend Deadline to File Joint Stipulation for Settlement seeking an extension up to and including May 8, 2026.  (Dkt. No. 53.)

7.      The Court granted the Parties' April 7 motion and set the deadline for the Parties to file the Stipulation for Settlement to May 8, 2026.  (Dkt. No. 54.)

8.      The Parties have diligently worked to finalize the language in the settlement agreement, proposed permanent injunction, and several additional documents incorporated into the agreement, including exchanging multiple drafts of the agreement.

9.      However, the Parties' settlement includes terms and conditions requiring input from counsel in the United Arab Emirates, which has been delayed in light of the current conflict.

10.     In addition, the Parties' representatives have professional obligations associated with their respective medical clinics that have caused some delay in finalizing the agreement.

11.     The Parties therefore herewith submit and respectfully ask the Court to enter an Order extending the Parties deadline to submit a Joint Stipulation for Settlement to May 29, 2026.

**WHEREFORE**, the Parties hereby respectfully request that the Court grant the foregoing Joint Motion to Extend Deadline to File the Stipulation for Settlement to May 29,

325660234v.2

2026, and enter the proposed Order for such other further relief as this Court deems just and proper.

Dated:  May 7, 2026

_/s/Jorge Espinosa/_
Jorge Espinosa
Florida Bar No. 779032
Jorge.Espinosa@gray-robinson.com
Francesca Russo
Florida Bar No. 174912
Francesca.russo@gray-robinson.com
**GRAY|ROBINSON, P.A**.
333 S.E. 2nd Ave., Ste. 3200
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

Kenneth L. Wilton
(admitted *pro hac vice*)
kwilton@seyfarth.com
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Tel: 310-277-7200
Fax: 310-201-5219

Stephen D. Lott
Florida Bar No. 91818
slott@seyfarth.com
**SEYFARTH SHAW LLP**
300 S. Tryon Street, Suite 400
Charlotte, NC 28202
Tel: 704-925-6060
Fax: 312-460-7126

Robert S. Terzoli, Jr.
(admitted *pro hac vice*)
rterzoli@seyfarth.com
**SEYFARTH SHAW LLP**
975 F Street NW
Washington, DC 20004
Tel: 202-772-9725

Respectfully submitted,

_/s/Brian C. Konkel/_
Brian C. Konkel
(admitted *pro hac vice*)
bkonkel@dugganbertsch.com
**DUGGAN BERTSCH, LLC**
303 West Madison Street, Suite 1000
Chicago, IL 60606
Tel: 312-263-8600

R. Craig Mayfield
Florida Bar No. 429643
CMayfield@bradley.com
**Bradley Arant Boult Cummings LLP**.
1001 Water Street, Suite 1000
Tampa, FL 33602
Tel: 813-559-5525
Fax: 813-229-5946

*Attorneys for Defendants*
KELLSO, LLC, FRANK SOTO LEON, and
JENNIFER TIGHE DE SOTO

3

325660234v.2

Fax: 202-641-9226

*Attorneys for Plaintiff*
AMERICAN BOARD OF AESTHETIC
MEDICINE, INC.

325660234v.2